IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DE'ANGELO DON'VIRGIL WINSTON, #35437-044, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil No. 24-cv-00005-JPG ) |
| SCOTT SPURLOCK, MISTY ADKINS, ZACHERY SCHELLE, MARIE QUIN, K. LATHAM, TRACEY ACUFF, C/O ROBERSON, M. WILLIAMS, MICHEL REYNOLDS, CRIPE, WINDINGS and JOHN/JANE DOE 2, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This case is now before the Court for case management purposes. Plaintiff filed his Complaint, along with a Motion for Leave to Proceed *in forma pauperis* (IFP motion) without prepaying fees or costs for this action. (Docs. 1 and 2). The Court denied the IFP motion because Plaintiff received three or more "strikes" for filing civil suits as a prisoner that were dismissed for failure to state a claim,[1] and he was unable to satisfy 28 U.S.C. § 1915(g). (Doc. 15). Plaintiff was ordered to prepay the entire filing fee of $405.000 no later than May 3, 2024, if he intended to proceed with this action. He was warned that failure to do so by the deadline would result in dismissal of the action. FED. R. CIV. P. 41(b).

To date, Plaintiff has failed to pay the filing fee for this action. He has not requested an extension of the deadline for doing so. In fact, the Court has received no communication from

---

[1] *See Winston v. Edwards, et al.*, Case No. 20-cv-00566-NCC (E.D. Mo. dismissed Dec. 11, 2020); *Winston v. Deekens, et al.*, Case No. 14-cv-00189-SPM (E.D. Mo. dismissed Feb. 17, 2014); *Winston v. St. Louis City Justice Ctr.*, Case No. 08-cv-01476-TCM (E.D. Mo. dismissed Oct. 15, 2008).

him for more than three months. The Court will not allow this matter to linger any longer. The action is **DISMISSED** without prejudice for Plaintiff's failure to comply with an Order (Doc. 15) of this Court and for failure to prosecute his claims. See FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

The Clerk is **DIRECTED** to enter Judgment and close this case.

**IT IS SO ORDERED.**

**DATED: 5/20/2024**                          s/J. Phil Gilbert
                                                     **J. PHIL GILBERT**
                                                   **U.S. District Judge**