**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DE'ANGELO DON'VIRGIL WINSTON,** **#35437-044,** | ) ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case No. 24-cv-00005-JPG** |
| | ) |
| **SCOTT SPURLOCK,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following

decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF**

Defendants.  Plaintiff shall recover nothing, and the action is **DISMISSED without prejudice**,

the parties to bear their own costs.

**DATED**: 5/20/2024

MONICA A. STUMP, CLERK OF COURT


By: s/ Tanya Kelley
                Deputy Clerk


APPROVED:  s/J. Phil Gilbert
                J. Phil Gilbert
                United States District Judge